IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| MARCUS GIBSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 09-4172-CV-C-SOW-P |
| v. ) | |
| ) | |
| BRUCE HOUSTON, et al., ) | JURY TRIAL DEMANDED |
| ) | |
| Defendants. ) | |

### PLAINTIFF'S WITHDRAWAL OF MOTION TO STRIKE

COMES NOW Plaintiff, by and through undersigned counsel, and hereby Withdraws his Motion to Strike Defendants' Exhibits 14, 15 and 16.

Respectfully Submitted,

　/s/　Judith Anne Willis

**KENT L. BROWN, P.C.**
Judith Anne Willis #63327
621 E. McCarty Street Suite A
Jefferson City, MO 65101
Telephone (573) 635-4971
FAX (866) 434-5576

**ROGER G. BROWN ANDASSOCIATES**

Roger G. Brown #29055
216 East McCarty Street
Jefferson City, Missouri 65101-2960
Telephone - (573) 634-8501
FAX (573) 634-7679
jclaw@rogerbrownlaw.com
**ATTORNEYS FOR PLAINTIFF**

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the above document was electronically filed with the Clerk of the United States District Court for the Western District of Missouri, and ECF notification of filing was this 2nd day of November, 2011, to:

Brad C. Letterman
Christopher P. Rackers
Schreimann, Rackers, Francka & Blunt, L.L.C.
2316 St. Mary's Boulevard, Suite 130
Jefferson City, Missouri 65109-4413
**ATTORNEYS FOR DEFENDANT**

      /s/ Judith Anne Willis